**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:24-cv-1279 |
| | ) | Judge Trauger |
| FRANK STRADA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 23, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Dismiss filed by defendant Phillips (Doc. No. 31) is GRANTED IN PART, and this entire case is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute and to comply with the court's Orders.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge